UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA, | No. 2:18-cv-258-GGH (HC) |
| Petitioner, | |
| v. | ORDER |
| CALAVARES COUNTY, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1.

The petition discloses that Petitioner is incarcerated in San Quentin State Prison after conviction and sentencing in Alameda County. Both San Quentin and Alameda County are in an area embraced by the United States District Court for the Northern District of California. Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners. Because petitioner was not convicted in this district, and is not presently confined here, this court does not have jurisdiction to entertain the application.

////

////

1

Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

This matter is transferred to the United States District Court for the Northern District of California. 28 U.S.C. § 2241(d); 28 U.S.C. § 1406(a).

Dated: February 20, 2018

/s/ Gregory G. Hollows<br>UNITED STATES MAGISTRATE JUDGE